1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

10
11  MARCELINO MERAZ-ANGUIANO,   )   Case No. CV 07-1786-RGK (OP)
12              Petitioner,     )   ORDER ADOPTING FINDINGS,
                                )   CONCLUSIONS, AND
                                )   RECOMMENDATIONS OF
13         vs.                  )   UNITED STATES MAGISTRATE
                                )   JUDGE
14  S. A. HOLENCIK,             )
                                )
15                              )
              Respondent.       )
16  _____ )

17
    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18
    records and files herein, and the Report and Recommendation of the United States
19
    Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and
20
    recommendations of the Magistrate Judge.
21
    / / /
22
    / / /
23
    / / /
24
25
26
27
28

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying
3  the Petition and dismissing this action with prejudice.

5  DATED: APR 20 2009

   _____
   HONORABLE GARY KLAUSNER
   United States District Judge

8  Prepared by:

   _____
   HONORABLE OSWALD PARADA
11 United States Magistrate Judge